No. 87–6194. ALEVRAS *v.* EDMISTON, SUPERINTENDENT, SOUTHERN STATE CORRECTIONAL FACILITY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6237. COFIELD *v.* BURFORD ET AL.; and COFIELD *v.* HUGHES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–6341. CHIPPS *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6344. JONES *v.* OITKER ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–6357. BENJAMIN *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 87–6396. ENGELHARTSON *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 87–6414. ROMERO *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 87–6415. CULBERT *v.* YOUNG. C. A. 7th Cir. Certiorari denied.

No. 87–6419. MARSHALL *v.* MARSHALL. Ct. App. Ga. Certiorari denied.

No. 87–6424. HANNIVIG *v.* REAGAN, PRESIDENT OF THE UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6427. PETERS *v.* MCCUTCHEON ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–6461. PULEIO *v.* VOSE, DEPUTY COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 87–6466. SHORT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6469. ARMIJO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6477. WILLIAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.